Shalem Shem-Tov (SBN 257243)
NETZAH & SHEM-TOV, INC.
16601 Ventura Blvd., 4th Floor
Encino, CA 91436
Telephone: (818) 995-4200
Facsimile: (818) 783-6775
Email: shalem@netshemlaw.com

Attorneys for Plaintiff
L.A. HARDWOOD FLOORING, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISCTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| L.A. HARDWOOD FLOORING, INC.,<br><br>      Plaintiff,<br><br>   vs.<br><br>MANNINGTON MILLS, INC.,<br><br>      Defendant.<br>_____<br>ALL RELATED CROSS ACTIONS | **Case No.: 2:16-CV-4783-JFW-AFMx**<br>[*Hon. John F. Walter*]<br><br>**ORDER** |

FOR GOOD CAUSE SHOWN, based on the Joint Motion to Dismiss this entire action filed by the parties on February 27, 2017, the Motion is hereby GRANTED. This action is dismissed in its entirety, including the Complaint and Counterclaim, with prejudice.

IT IS SO ORDERED.

Date: February 28, 2017

_U.S. District Court Judge_

- 1 -

ORDER OF DISMISSAL